UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KELLY BREAULT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-mc-94033-MRG |

**ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH INDICTMENT OR INFORMATION MUST BE FILED**

The United States of America, by Assistant United States Attorney Danial E. Bennett, hereby moves the Court for an Order, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until **December 18, 2026**.

In support of the motion the government states as follows:

1. Defendant BREAULT is charged by criminal complaint, 26-mj-4166-DHH, with Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances in violation of 21 U.S.C. § 846.

2. Following her arrest, BREAULT had her initial appearance before the Magistrate Court on May 14, 2026. She waived her preliminary hearing and was released on conditions. Pursuant to 18 U.S.C. 3161(b), the government had until June 13, 2026, to indict the defendant.

3. The parties are exploring the possibility of resolving this case short of a trial. The parties require additional time, however, before such a determination can be made. Additionally, the government has provided discovery to defendant's counsel, and they will need time to review those materials.

4. On June 4, 2026, the government sought an extension for the indictment deadline

through August 14, 2026, which the Court granted.

5. On July 27, 2026, the government sought an extension for the indictment deadline through October 23, 2026, which the Court granted.

6. The government submits that the delay resulting from the extension of time for filing an indictment or information serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

7. The government has consulted with defense counsel who has assented to this request.

8. ACCORDINGLY, the government asks the Court to enter an Order, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until **December 18, 2026,** and moves that the period between October 23, 2026, and December 18, 2026, be excluded from all Speedy Trial Act calculations.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

By: */s/ Danial E. Bennett*
Danial E. Bennett
Assistant U.S. Attorney
United States Attorney's Office
595 Main St.
Worcester, MA 01608

Dated: October 1, 2026

**<u>Certificate of Service</u>**

This is to certify that I have served defense counsel a copy of the foregoing document by CMECF filing.

*/s/ Danial E. Bennett*
Danial E. Bennett
Assistant U.S. Attorney

Dated: October 1, 2026